

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-01067-CV

Style:      Harris County

     **v** Pasadena Refining System, Inc. and Crown Central, LLC

Date motion filed[*]:      March 14, 2014

Type of motion:      Unopposed second motion to extend time to file appellant's brief

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      February 10, 2014

     Number of prior extensions:      1      Current Due date: March 17, 2014

     Date Requested:      May 19, 2014

Ordered that motion is:

☑      Granted in part

     If document is to be filed, document due: May 12, 2014

     ☑      The Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

     **Appellant's motion is granted in part. Appellant's brief is ordered filed by no later than May 12, 2014. No further extensions will be granted.**

Judge's signature: /s/ Chief Justice Sherry Radack

     ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: April 1, 2014

November 7, 2008 Revision